IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                            No. S-08-MJ-59 KJM

    vs.

SAMUEL D. COX,

    Defendant.                        ORDER

_____/

        This matter was on calendar on March 31, 2008 for defendant's change of plea and sentencing.  The guilty plea was accepted and sentence imposed.

        Defendant is hereby advised that he has the right to appeal the sentence imposed, although he waived the right to appeal as part of his plea agreement. Any notice of appeal must be filed with the court within ten days from today's date.

DATED:  March 31, 2008.

_____
U.S. MAGISTRATE JUDGE

1